**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

December 1, 2019

*[handwritten: 12/2/19 Violation proceedings adj to Feb. 26, 2020 at 3:30 p.m.]*

*[signed: Colleen McMahon]*

**BY ECF**
The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Andres Idelfonso, 17 Cr. 622 (CM)

Dear Chief Judge McMahon:

The parties respectfully request that the Court adjourn the conference currently scheduled in this matter for December 3, 2019, at 3:30 p.m., until mid-February 2020.

On May 9, 2019, the Probation Office charged the defendant with violating the terms of his supervised release. The specifications relate to an assault and slashing the defendant allegedly committed on April 18, 2019, for which the Queens County District Attorney's Office is currently prosecuting the defendant.

The Government has corresponded with the Assistant District Attorney in charge of the matter and has learned that a hearing with respect to a confirmatory identification that was done by the arresting officer in that case is scheduled for January 13, 2020.

The parties request an adjournment to allow the defendant's Queen County case to develop and possibly reach a resolution.

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney for the
Southern District of New York

By: *[signed]*
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc:  Christopher Flood, Esq. (by ECF)
     U.S. Probation Officer Maritza Almonte (by email)