

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2020

2/21/2020

Matter adj. to June 24, 2020 at 3:30 pm, for further proceedings on pending violations. The parties are to keep the Court apprised of any developments in the state case that is the predicate for the violation in this case.

**BY ECF AND EMAIL**
The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Andres Idelfonso, 17 Cr. 622 (CM)

Dear Chief Judge McMahon:

The Government writes in advance of the conference currently scheduled in this matter for February 26, 2020, at 3:30 p.m. As explained below, the Government agrees with defense counsel that an adjournment of approximately four months would be appropriate.

On May 9, 2019, the Probation Office charged the defendant with violating the terms of his supervised release. The specifications relate to an assault and slashing the defendant allegedly committed on April 18, 2019, for which the Queens County District Attorney's Office is currently prosecuting the defendant.

The Government has spoken to the Assistant District Attorney in charge of the matter and has learned that a suppression hearing in the case is scheduled for March 25, 2020. The Government asked the defendant's counsel in this matter, Mr. Flood, how he would like to proceed in light of the foregoing, and Mr. Flood requested that this matter be adjourned for approximately four months. Such an adjournment seems appropriate to the Government so that the defendant's Queen County case can develop and possibly reach a resolution.

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Justin Rodriguez
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/20

cc:   Christopher Flood, Esq. (by ECF)
      U.S. Probation Officer Maritza Almonte (by email)